GEORGE F. LONG, Respondent, *v.* FULTON CONTRACTING COMPANY, Appellant.

*Long* v. *Fulton Contracting Co.*, 140 App. Div. 685, affirmed.
(Argued March 14, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through negligence of defendant, his employer.

*A. H. Cowie* for appellant.

*O. M. Reilly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: HISCOCK, J.

---

ABRAHAM SCHONEWALD, Respondent, *v.* HUGH KIERNAN, Appellant.

*Schonewald* v. *Kiernan*, 141 App. Div. 930, affirmed.
(Argued March 14, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Cornelius J. Earley* and *S. J. Bischoff* for appellant.

*Jeremiah A. O'Leary* and *R. Frank Thompson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.